UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DESIGN BASICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00232-TLS-SLC |
| | ) | |
| CITATION HOMES, INC., and | ) | |
| CITATION PARTNERS, L.L.C., | ) | |
| *doing business as* Citation Partners, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Before the Court is a motion for change of venue pursuant to 28 U.S.C. § 1404(a) filed by Defendants Citation Homes, Inc., and Citation Partners, L.L.C., doing business as Citation Partners. (DE 18). In the motion, Defendants request that the Court transfer this action to the Lafayette Division of this District for all further pre-trial and trial proceedings. As grounds for the transfer, Defendants assert that the Lafayette Division includes Tippecanoe County, which is the county in which Defendants employ a registered agent and is also the county in which Defendants have their principal place of business. (DE 18 ¶¶ 3, 5). Defendants state that the Lafayette Division would be more convenient to the parties because the majority of the witnesses and evidence in the case are located in Tippecanoe County, Indiana. (DE 18 ¶ 7).

Plaintiff Design Basics, LLC, has filed a response indicating that it has no objection to the venue transfer to the Lafayette Division. (DE 21). Plaintiff does request that the case remain assigned to the same judges for efficiency reasons.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or

to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Because the parties have no dispute regarding venue being transferred to the Lafayette Division, Defendants' motion for change of venue (DE 18) is GRANTED. The Clerk is DIRECTED to transfer this action from the Fort Wayne Division to the Lafayette Division. Judge Springmann and Magistrate Judge Collins will remain assigned to the case.

SO ORDERED.

Entered this 21st day of October 2016.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge